UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60097-CR-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TOMMY DUWAYNE DENNIS,

     Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 24]

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on June 5, 2026 [ECF No. 24]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Strauss's Report and Recommendation and the pertinent portions of the record, including Defendant's Notice of Non-Objection to Report and Recommendation, filed on June 5, 2026 [ECF No. 25]. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 24]** is **AFFIRMED AND ADOPTED**. Defendant, Tommy Duwayne Dennis's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of June, 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE